LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR UNATING, an Individual; APARICHIO FISCHER-REYES, an Individual; MARTIN ANDERSON, SR. as Special Administrator of the Estate of MARTIN ANDERSON, JR., Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>FAT HAT, LLC, a Nevada Limited Liability Company doing business as 1923 BOURBON & BURLESQUE; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:21:cv-00619-JAD-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST FAT HAT, LLC (ECF NO. 9)**<br><br>ECF Nos. 9, 12 |

Plaintiffs Omar Unating, Aparichio Fischer-Reyes, and Martin Anderson, Sr. ("Plaintiffs"), by and through their attorney, Ryan Alexander, Esq. of Ryan Alexander, Chtd., and Defendant Fat Hat, LLC, by and through its counsel Joseph P. Garin, Esq. and Jessica A. Green, Esq. of Lipson Neilson P.C., hereby stipulate and agree to withdraw Plaintiff's Motion for Clerk's Entry of Default Against Fat Hat, LLC, filed on April 21, 2022 (ECF No. 9).

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this 5th day of May, 2022.

| LIPSON NEILSON P.C. | RYAN ALEXANDER, CHTD. |
|---|---|
| */s/ Jessica A. Green*<br>By: _____<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* | */s/ Ryan Alexander*<br>By: _____<br>RYAN ALEXANDER, ESQ.<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 10<br>Las Vegas, NV 89102<br><br>and<br><br>Boris Avramski, Esq.<br>MARATHON LAW GROUP<br>5550 Painted Mirage Rd., Ste. 320-A079<br>Las Vegas, NV 89149<br><br>*Attorneys for Plaintiffs* |

**ORDER**

Based on the parties' stipulation [ECF No. 12] and with good cause appearing, IT IS ORDERED that the motion for clerk's entry of default against Fat Hat, LLC **[ECF No. 9] is deemed withdrawn.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2022