LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR UNATING, an Individual; APARICHIO FISCHER-REYES, an Individual; MARTIN ANDERSON, SR. as Special Administrator of the Estate of MARTIN ANDERSON, JR., Deceased;<br><br>Plaintiffs,<br><br>v.<br><br>FAT HAT, LLC, a Nevada Limited Liability Company doing business as 1923 BOURBON & BURLESQUE; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive.<br><br>Defendant. | Case No.: 2:21:cv-00619-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**<br><br>ECF No. 26 |

Plaintiffs Omar Unating, Aparichio Fischer-Reyes, and Martin Anderson, Sr. ("Plaintiffs"), and Defendant Fat Hat, LLC ("Defendant"), by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiffs' Complaint, and any causes of action and

///
///
///
///
///

*Unating et al. v. Fat Hat, LLC*
Case No.: 2:21-cv-00619-JAD-VCF

claims for relief asserted in these proceedings by Plaintiffs against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

Dated: September 22, 2022

RYAN ALEXANDER, CHTD.

By: _____
RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102

and

Boris Avramski, Esq.
MARATHON LAW GROUP
5550 Painted Mirage Rd., Ste. 320-A079
Las Vegas, NV 89149

*Attorneys for Plaintiffs*

Dated: September 28, 2022

LIPSON NEILSON P.C.

By: _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA NAKAMURA OCHOA, ESQ.
Nevada Bar No. 10164
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 26] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 7, 2022